## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy |
| **ELENA MANNOR,** | Case No. 13-60544-tjt<br>Chapter 7 |
| Debtor(s). | Hon. Thomas J. Tucker |
| _____/ | |
| **TIMOTHY J. MILLER, TRUSTEE,** | |
| Plaintiff, | |
| v. | Case No. 14-04962<br>Hon. Thomas J. Tucker |
| **JERRY MANNOR,** | |
| Defendant. | |
| _____/ | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

Please take notice of the following appearance:

    Peter F. Schneider, Counsel for
    Timothy J. Miller, Plaintiff/Trustee
    645 Griswold, Suite 3900
    Detroit, MI 48226
    (313) 237-0580
    pschneider@schneidermiller.com

Please provide all documents filed in this proceeding.

Dated: September 8, 2014
    */s/Peter F. Schneider*
    Peter F. Schneider (P75256)
    645 Griswold, Suite 3900
    Detroit, MI 48226
    (313) 237-0580 ext. 113
    (313) 237-0059 fx.
    pschneider@schneidermiller.com